01/14/2022

Jason Wareham

0.00

**\*\*\*NON-NEGOTIABLE\*\*\***

\*\*\*\*This is not a check. \*\*\*\*\*Advice of deposit only\*\*\*\*

Jason Wareham
7277 Pine Hills Way
Littleton CO 80125

| **EMPLOYER** | | **PAY PERIOD** | |
|---|---|---|---|
| The Law Center P.C. | | Period Beginning | 12/26/2021 |
| 300 Plaza Dr Ste 200 | | Period Ending: | 01/10/2022 |
| Highlands Ranch CO 80129 | | Pay Date: | 01/14/2022 |

**EMPLOYEE**
Jason Wareham
7277 Pine Hills Way
Littleton CO 80125

| **BENEFITS** | **Used** | **Available** | **NET PAY:** | **$2,531.04** |
|---|---|---|---|---|
| Sick | 0.00 | 14.97 | Acct#....4668: | $2,531.04 |
| Vacation | 0.00 | 45.00 | | |

**MEMO:**

| **PAY** | **Hours** | **Rate** | **Current** | **YTD** | **DEDUCTIONS** | **Current** | **YTD** |
|---|---|---|---|---|---|---|---|
| Salary | - | - | 1,250.00 | 1,250.00 | | | |
| Draw | - | - | 2,000.00 | 2,000.00 | | | |

| **TAXES** | | **Current** | **YTD** |
|---|---|---|---|
| Federal Income Tax | | 330.33 | 330.33 |
| Social Security | | 201.50 | 201.50 |
| Medicare | | 47.13 | 47.13 |
| CO Income Tax | | 140.00 | 140.00 |

| **SUMMARY** | **Current** | **YTD** |
|---|---|---|
| Total Pay | $3,250.00 | $3,250.00 |
| Taxes | $718.96 | $718.96 |
| Deductions | $0.00 | $0.00 |

**Net Pay**       $2,531.04

01/28/2022

Jason Wareham                                              0.00
                                                  ***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Jason Wareham
7277 Pine Hills Way
Littleton CO 80125

**EMPLOYER**                                **PAY PERIOD**
The Law Center P.C.                         Period Beginning      01/11/2022
300 Plaza Dr Ste 200                        Period Ending:        01/25/2022
Highlands Ranch CO 80129                    Pay Date:             01/28/2022

**EMPLOYEE**
Jason Wareham
7277 Pine Hills Way
Littleton CO 80125

| BENEFITS | Used | Available | | NET PAY: | $2,531.05 |
|---|---|---|---|---|---|
| Sick | 0.00 | 16.63 | | Acct#....4668: | $2,531.05 |
| Vacation | 0.00 | 50.00 | | | |

**MEMO:**

| PAY | Hours | Rate | Current | YTD | | DEDUCTIONS | Current | YTD |
|---|---|---|---|---|---|---|---|---|
| Salary | - | - | 1,250.00 | 2,500.00 | | | | |
| Draw | - | - | 2,000.00 | 4,000.00 | | | | |

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 330.33 | 660.66 |
| Social Security | 201.50 | 403.00 |
| Medicare | 47.12 | 94.25 |
| CO Income Tax | 140.00 | 280.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $3,250.00 | $6,500.00 |
| Taxes | $718.95 | $1,437.91 |
| Deductions | $0.00 | $0.00 |

**Net Pay**            **$2,531.05**

02/15/2022

Jason Wareham  0.00
***NON-NEGOTIABLE***

****This is not a check. *****Advice of deposit only****

Jason Wareham
7277 Pine Hills Way
Littleton CO 80125

**EMPLOYER**  
The Law Center P.C.  
300 Plaza Dr Ste 200  
Highlands Ranch CO 80129

**PAY PERIOD**  
Period Beginning        01/26/2022  
Period Ending:          02/10/2022  
Pay Date:               02/15/2022

**EMPLOYEE**  
Jason Wareham  
7277 Pine Hills Way  
Littleton CO 80125

| BENEFITS | Used | Available |
|---|---|---|
| Sick | 0.00 | 18.30 |
| Vacation | 0.00 | 55.00 |

| NET PAY: | $2,652.66 |
|---|---|
| Acct#....4668: | $2,652.66 |

**MEMO:**

| PAY | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Salary | - | - | 1,250.00 | 3,750.00 |
| Draw | - | - | 2,000.00 | 6,000.00 |

| DEDUCTIONS | Current | YTD |
|---|---|---|

| TAXES | Current | YTD |
|---|---|---|
| Federal Income Tax | 208.71 | 869.37 |
| Social Security | 201.50 | 604.50 |
| Medicare | 47.13 | 141.38 |
| CO Income Tax | 140.00 | 420.00 |

| SUMMARY | Current | YTD |
|---|---|---|
| Total Pay | $3,250.00 | $9,750.00 |
| Taxes | $597.34 | $2,035.25 |
| Deductions | $0.00 | $0.00 |

**Net Pay**     $2,652.66