# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) | |
| ) | |
| JASON R. WAREHAM, ) | Case No. 22-10670-JGR |
| ) | Chapter 7 |
| Debtor. ) | |

## ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT BETWEEN THE TRUSTEE AND DEBTOR

THIS MATTER having come before the Court on chapter 7 trustee David V. Wadsworth's Motion to Approve Settlement Agreement Between Trustee and Debtor (the "Motion"), and the Court having reviewed and considered the Motion and any responses or objections thereto, and being fully advised on the premises hereby

ORDERS that the Motion is GRANTED. The Settlement Agreement attached as Exhibit 1 to the Motion is APPROVED.

DATED this 24th day of March, 2023.

BY THE COURT:

_____
Hon. Joseph G. Rosania, Jr.
United State Bankruptcy Judge