**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**DISTRICT OF COLORADO**
**DENVER DIVISION**

In re

JASON R WAREHAM

                                                    Debtors.

In Chapter 7 Proceeding

Case No. 22-10670

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 3/2/2022 Docket Number 12 .

Dated:  This 7 th day of July , 2023

By:    /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## **Certificate of Service**

I hereby certify that a copy of the foregoing was served electronically to the following parties:

DAVID M SERAFIN
Attorney

DAVID V WADSWORTH
Chapter 7 Trustee

Dated: This 7 th day of July , 2023

By:   /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257