**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

In re: WAREHAM, JASON R. § Case No. 22-10670 JGR
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

David V. Wadsworth, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $24,229.67 | Assets Exempt: | $29,188.47 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $22,633.24 | Claims Discharged Without Payment: | $564,145.22 |
| Total Expenses of Administration: | $3,586.76 | | |

3) Total gross receipts of $26,220.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $26,220.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,586.76 | $3,586.76 | $3,586.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $5,624.00 | $5,765.00 | $5,765.00 | $5,765.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $536,842.55 | $356,683.46 | $356,683.46 | $16,868.24 |
| **TOTAL DISBURSEMENTS** | $542,466.55 | $366,035.22 | $366,035.22 | $26,220.00 |

4) This case was originally filed under chapter 7 on 03/01/2022. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/17/2023         By: /s/ David V. Wadsworth
                                         Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| New York state tax refund (may be intercepted by IRS): State | 1124-000 | $4,530.00 |
| Jewelry including: (1) Tag Heuer Watch, ($100) (1) Wedding Band ($100), (1) Engagement Ring ($15,000 new, estimated curr | 1129-000 | $800.00 |
| Preferential Transfer- Kellie Hedberg | 1229-000 | $20,890.00 |
| **TOTAL GROSS RECEIPTS** | | **$26,220.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - David V. Wadsworth | 2100-000 | NA | $3,372.00 | $3,372.00 | $3,372.00 |
| Trustee, Expenses - David V. Wadsworth | 2200-000 | NA | $52.67 | $52.67 | $52.67 |
| Bank Service Fees - TriState Capital Bank | 2600-000 | NA | $162.09 | $162.09 | $162.09 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$3,586.76** | **$3,586.76** | **$3,586.76** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | IRS | 5800-000 | $4,719.00 | $5,036.00 | $5,036.00 | $5,036.00 |
| 2 | Colorado Department of Revenue | 5800-000 | $905.00 | $729.00 | $729.00 | $729.00 |
| N/F | Marie Miller | 5600-000 | $0.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$5,624.00** | **$5,765.00** | **$5,765.00** | **$5,765.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | IRS | 7300-000 | NA | $174.00 | $174.00 | $0.00 |
| 3 | CommonBond | 7100-000 | $148,030.00 | $150,630.63 | $150,630.63 | $7,127.09 |
| 4 | Citibank, N.A. | 7100-000 | $5,961.00 | $5,781.15 | $5,781.15 | $273.54 |
| 5 | Citibank, N.A. | 7100-000 | $1,239.00 | $1,239.23 | $1,239.23 | $58.63 |
| 6 | Regions Bank | 7100-000 | $93,386.64 | $59,545.57 | $59,545.57 | $2,817.40 |
| 7 | Amerant Bank | 7100-000 | NA | $38,908.42 | $38,908.42 | $1,840.95 |
| 8 | JPMorgan Chase Bank, N.A. | 7100-000 | $15,930.00 | $16,114.40 | $16,114.40 | $762.45 |
| 9 | JPMorgan Chase Bank, N.A. | 7100-000 | $10,697.24 | $10,878.63 | $10,878.63 | $514.72 |
| 10 | JPMorgan Chase Bank, N.A. | 7100-000 | $10,900.00 | $10,052.36 | $10,052.36 | $475.63 |
| 11 | JPMorgan Chase Bank, N.A. | 7100-000 | $4,635.00 | $4,663.93 | $4,663.93 | $220.67 |
| 12 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $2,090.85 | $2,090.85 | $98.93 |
| 13 | JPMorgan Chase Bank, N.A. | 7100-000 | NA | $9,896.24 | $9,896.24 | $468.24 |
| 14 | JPMorgan Chase Bank, N.A. | 7100-000 | $11,504.67 | $14,965.42 | $14,965.42 | $708.09 |
| 15 | ACAR Leasing LTD d/b/a GM Financial Leasing | 7100-000 | NA | $21,523.19 | $21,523.19 | $1,018.37 |
| 16 | Jefferson Capital Systems Llc | 7100-000 | $5,945.00 | $5,966.19 | $5,966.19 | $282.29 |
| 17 | Jefferson Capital Systems Llc | 7100-000 | $4,284.00 | $4,253.25 | $4,253.25 | $201.24 |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Affirm Inc. | 7100-000 | $787.66 | NA | NA | NA |
| N/F | Barclays Bank | 7100-000 | $13,464.00 | NA | NA | NA |
| N/F | Chase | 7100-000 | $10,900.00 | NA | NA | NA |
| N/F | Chase Freedom Card | 7100-000 | $4,648.99 | NA | NA | NA |
| N/F | DFAS | 7100-000 | $206.00 | NA | NA | NA |
| N/F | Goldman Sachs Apple Credit Card | 7100-000 | $3,198.00 | NA | NA | NA |
| N/F | Jennifer Wareham-Best | 7100-000 | $10,000.00 | NA | NA | NA |
| N/F | Julie Wareham | 7100-000 | $170,000.00 | NA | NA | NA |
| N/F | Pinnacle Bank | 7100-000 | $60.00 | NA | NA | NA |
| N/F | US Dept. Of Veterans Affairs | 7100-000 | $11,065.35 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$536,842.55** | **$356,683.46** | **$356,683.46** | **$16,868.24** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 22-10670 JGR
Case Name: WAREHAM, JASON R.
For Period Ending: 11/17/2023

Trustee Name: (260030) David V. Wadsworth
Date Filed (f) or Converted (c): 03/01/2022 (f)
§ 341(a) Meeting Date: 03/28/2022
Claims Bar Date: 07/07/2023

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Formally Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2008 BMW 328i, 160000 miles | 1,764.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furnishings including: (2) Sofas, (1) Dining Table w/4 Chairs, (1) Bed w/ Mattress, (1) Office Furnishing, (1) Refrigerator, (1) Dishwasher, (1) Set Dishes, (1) Set Cooking Equipment, (1) Set Cutlery/Silverware, (1) Set Linens, (3) Hand Tools, (1) Set Drums, (1) Set Miscellaneous Books and (1) Gas Grill. | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | Household electronics including: (1) Stereo Equipment, (1) Television, (6) Speakers, (1) Cell Phone, (2) Computers/Monitors, (2) Printers, (2) Miscellaneous Office Equipment. | Unknown | 0.00 | | 0.00 | FA |
| 4 | Firearms including: (1) Beretta 92FS, (1) Sig Saur P239, (1) Winchester 1300 Defender Shotgun, (1) Smith & Wesson .38 Special | 600.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing, shoes and outerwear | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry including: (1) Tag Heuer Watch, ($100) (1) Wedding Band ($100), (1) Engagement Ring ($15,000 new, estimated current value $8,000) | 15,000.00 | 800.00 | | 800.00 | FA |
| 7 | VOID | VOID | VOID | VOID | VOID | VOID |
| 8 | USAA Federal Savings Bank Checking #4329 | 4,564.63 | 0.00 | | 0.00 | FA |
| 9 | Security Deposit on Rental Unit: Kellie Hedberg | 2,884.00 | 0.00 | | 0.00 | FA |
| 10 | New York state tax refund (may be intercepted by IRS): State | 4,530.00 | 4,530.00 | | 4,530.00 | FA |
| 11 | Virginia Commonwealth tax refund (may ba intercepted by IRS): State | 259.00 | 0.00 | | 0.00 | FA |
| 12 | Navy Mutual (term policy): 3 children | 0.00 | 0.00 | | 0.00 | FA |
| 13 | USAA (term policy!: 3 children | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Coinbase (crypo currency) - cannot be traded or liquidated | 2,500.00 | 0.00 | | 0.00 | FA |
| 15 | Collectibles of value including: (10) Pieces of Military Gear (u) | 500.00 | 0.00 | | 0.00 | FA |
| 16 | Sporting Equipment including: (1) Bicycle, (5) Set Camping Equipment, (1) Set of Golf Clubs (u) | 350.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 2

Case No.: 22-10670 JGR  
Case Name: WAREHAM, JASON R.  
For Period Ending: 11/17/2023

Trustee Name: (260030) David V. Wadsworth  
Date Filed (f) or Converted (c): 03/01/2022 (f)  
§ 341(a) Meeting Date: 03/28/2022  
Claims Bar Date: 07/07/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Potential Claim for malpractice against former attorney in bankruptcy case (u) | Unknown | 0.00 | | 0.00 | FA |
| 18 | USAA Federal Savings Bank Checking #4361 | 235.71 | 0.00 | | 0.00 | FA |
| 19 | USAA Federal Savings Bank Savings #9545 | 26.34 | 0.00 | | 0.00 | FA |
| 20 | USAA Federal Savings Bank Savings #9429 | 103.45 | 0.00 | | 0.00 | FA |
| 21 | USAA Federal Savings Bank Checking #4668 | 1,706.86 | 0.00 | | 0.00 | FA |
| 22 | USAA Federal Saving Bank Checking #0256 | 1.30 | 0.00 | | 0.00 | FA |
| 23 | USAA Federal Savings Bank Checking #5695 | 725.44 | 0.00 | | 0.00 | FA |
| 24 | USAA Federal Savings Bank Checking #9399 | 50.00 | 0.00 | | 0.00 | FA |
| 25 | USAA Federal Savings Bank Checking #7586 | 1,958.94 | 0.00 | | 0.00 | FA |
| 26 | Preferential Transfer- Kellie Hedberg (u) | 29,989.97 | 20,890.00 | | 20,890.00 | FA |
| **26** | **Assets Totals (Excluding unknown values)** | **$73,749.64** | **$26,220.00** | | **$26,220.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settlement Agreement- Debtor agrees to pay $26,220.00 for the ring, preferential transfer, tax refund within 10 days of court approval.

DSO. Need to object to exemptions. Docs requested.

**Initial Projected Date Of Final Report (TFR):** 12/31/2024  
**Current Projected Date Of Final Report (TFR):** 08/22/2023 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| Case No.: | 22-10670 JGR | Trustee Name: | David V. Wadsworth (260030) |
| --- | --- | --- | --- |
| Case Name: | WAREHAM, JASON R. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***8459 | Account #: | ******5267 Checking |
| For Period Ending: | 11/17/2023 | Blanket Bond (per case limit): | $55,455,715.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/03/23 |  | KELLIE HEDBERG | PAYMENT ON SETTLEMENT |  | 26,220.00 |  | 26,220.00 |
|  | {6} |  | PAYMENT ON SETTLEMENT $800.00 | 1129-000 |  |  |  |
|  | {10} |  | PAYMENT ON SETTLEMENT $4,530.00 | 1124-000 |  |  |  |
|  | {26} |  | PAYMENT ON SETTLEMENT $20,890.00 | 1229-000 |  |  |  |
| 04/28/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 33.61 | 26,186.39 |
| 05/31/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 46.16 | 26,140.23 |
| 06/30/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 41.89 | 26,098.34 |
| 07/31/23 |  | TriState Capital Bank | Bank and Technology Services Fees | 2600-000 |  | 40.43 | 26,057.91 |
| 09/19/23 | 101 | David V. Wadsworth | Distribution payment - Dividend paid at 100.00% of $3,372.00; Claim # FEE; Filed: $3,372.00; | 2100-000 |  | 3,372.00 | 22,685.91 |
| 09/19/23 | 102 | David V. Wadsworth | Distribution payment - Dividend paid at 100.00% of $52.67; Claim # TE; Filed: $52.67; | 2200-000 |  | 52.67 | 22,633.24 |
| 09/19/23 | 103 | IRS | Distribution payment - Dividend paid at 100.00% of $5,036.00; Claim # 1P; Filed: $5,036.00; | 5800-000 |  | 5,036.00 | 17,597.24 |
| 09/19/23 | 104 | Colorado Department of Revenue | Distribution payment - Dividend paid at 100.00% of $729.00; Claim # 2; Filed: $729.00; | 5800-000 |  | 729.00 | 16,868.24 |
| 09/19/23 | 105 | CommonBond | Distribution payment - Dividend paid at 4.73% of $150,630.63; Claim # 3; Filed: $150,630.63; 1302 | 7100-000 |  | 7,127.09 | 9,741.15 |
| 09/19/23 | 106 | Citibank, N.A. | Distribution payment - Dividend paid at 4.73% of $5,781.15; Claim # 4; Filed: $5,781.15; 6865 | 7100-000 |  | 273.54 | 9,467.61 |
| 09/19/23 | 107 | Citibank, N.A. | Distribution payment - Dividend paid at 4.73% of $1,239.23; Claim # 5; Filed: $1,239.23; 1881 | 7100-000 |  | 58.63 | 9,408.98 |
| 09/19/23 | 108 | Regions Bank | Distribution payment - Dividend paid at 4.73% of $59,545.57; Claim # 6; Filed: $59,545.57; 4019 | 7100-000 |  | 2,817.40 | 6,591.58 |
| 09/19/23 | 109 | Amerant Bank | Distribution payment - Dividend paid at 4.73% of $38,908.42; Claim # 7; Filed: $38,908.42; 5220 | 7100-000 |  | 1,840.95 | 4,750.63 |
| 09/19/23 | 110 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 4.73% of $16,114.40; Claim # 8; Filed: $16,114.40; 1926 | 7100-000 |  | 762.45 | 3,988.18 |
| 09/19/23 | 111 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 4.73% of $10,878.63; Claim # 9; Filed: $10,878.63; 3746 | 7100-000 |  | 514.72 | 3,473.46 |
| 09/19/23 | 112 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 4.73% of $10,052.36; Claim # 10; Filed: $10,052.36; 6658 | 7100-000 |  | 475.63 | 2,997.83 |
| 09/19/23 | 113 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 4.73% of $4,663.93; Claim # 11; Filed: $4,663.93; 3305 | 7100-000 |  | 220.67 | 2,777.16 |

Page Subtotals:  $26,220.00  $23,442.84

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 22-10670 JGR | Trustee Name: | David V. Wadsworth (260030) |
|---|---|---|---|
| Case Name: | WAREHAM, JASON R. | Bank Name: | TriState Capital Bank |
| Taxpayer ID #: | **-***8459 | Account #: | ******5267 Checking |
| For Period Ending: | 11/17/2023 | Blanket Bond (per case limit): | $55,455,715.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/19/23 | 114 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 4.73% of $2,090.85; Claim # 12; Filed: $2,090.85; 7446 | 7100-000 | | 98.93 | 2,678.23 |
| 09/19/23 | 115 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 4.73% of $9,896.24; Claim # 13; Filed: $9,896.24; 5811 | 7100-000 | | 468.24 | 2,209.99 |
| 09/19/23 | 116 | JPMorgan Chase Bank, N.A. | Distribution payment - Dividend paid at 4.73% of $14,965.42; Claim # 14; Filed: $14,965.42; 9170 | 7100-000 | | 708.09 | 1,501.90 |
| 09/19/23 | 117 | ACAR Leasing LTD d/b/a GM Financial Leasing | Distribution payment - Dividend paid at 4.73% of $21,523.19; Claim # 15; Filed: $21,523.19; 7297 | 7100-000 | | 1,018.37 | 483.53 |
| 09/19/23 | 118 | Jefferson Capital Systems Llc | Distribution payment - Dividend paid at 4.73% of $5,966.19; Claim # 16; Filed: $5,966.19; 7545 | 7100-000 | | 282.29 | 201.24 |
| 09/19/23 | 119 | Jefferson Capital Systems Llc | Distribution payment - Dividend paid at 4.73% of $4,253.25; Claim # 17; Filed: $4,253.25; 4145 | 7100-000 | | 201.24 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 26,220.00 | 26,220.00 | $0.00 |
| Less: Bank Transfers/CDs | 0.00 | 0.00 | |
| Subtotal | 26,220.00 | 26,220.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $26,220.00 | $26,220.00 | |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

**Form 2**

Exhibit 9

**Cash Receipts And Disbursements Record**

Page: 3

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 22-10670 JGR | | **Trustee Name:** | David V. Wadsworth (260030) |
| **Case Name:** | WAREHAM, JASON R. | | **Bank Name:** | TriState Capital Bank |
| **Taxpayer ID #:** | **-***8459 | | **Account #:** | ******5267 Checking |
| **For Period Ending:** | 11/17/2023 | | **Blanket Bond (per case limit):** | $55,455,715.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5267 Checking | $26,220.00 | $26,220.00 | $0.00 |
| | $26,220.00 | $26,220.00 | $0.00 |

UST Form 101-7-TDR (10 /1/2010)